IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRY WOODARD,

    Plaintiff,

vs.                              CASE NO. 5:09cv156/RS-MD

CHANDRA W. DASRAT, et al,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is transferred to the United States District Court for the Middle District of Florida.

3. The clerk is directed to close the file.

**ORDERED** on June 25, 2009.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**